# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

139860(77)


RAQUEL ROBELIN, Conservator, for
TEIJA McCALL,
            Plaintiff-Appellee,

v

SPECTRUM HEALTH HOSPITALS, d/b/a
SPECTRUM HEALTH-EAST CAMPUS,
JOHN HARTMANN, M.D., and
ADVANTAGE HEALTH PHYSICIANS, P.C.,
            Defendants-Appellants.

_____

SC: 139860
COA: 279780
Kent CC: 04-010444-NH


        On order of the Chief Justice, the motion by the Michigan State Medical Society for leave to file a brief *amicus curiae* is considered and it is granted.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2011

_____
Clerk